UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANJAY CHAKRAVARTY, TXLEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC PETERSON, et al., <br><br> Defendants. | CASE NO. C20-1576 MJP <br><br> ORDER GRANTING DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT |

This matter comes before the Court on Defendant Skagit County's and Eric Peterson's Motion for More Definite Statement. (Dkt. No. 13.) Plaintiffs filed no opposition to the Motion. Having reviewed the Motion and the Complaint, the Court GRANTS Defendants' Motion pursuant to Rule 12(e). The Court agrees with Defendants that the current complaint lacks sufficient detail to support Plaintiffs' breach of contract, tortious interference, RICO, and civil rights claims. Plaintiffs are ordered to file an amended complaint to address the deficiencies noted in Defendants' Motion.

1  Plaintiffs must file the amended complaint within 14 days of this Order or the Court will
2  dismiss this action without prejudice.

3  The clerk is ordered to provide copies of this order to all counsel.

4  Dated December 8, 2020.

*(signature)*

Marsha J. Pechman
United States District Judge

Lines 5-24 blank.